UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 5:09-CR-46-KSF

UNITED STATES OF AMERICA                                                                             PLAINTIFF

vs.                            **OPINION AND ORDER**

JEREMY KENNEY                                                                         DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on a motion by Defendant Jeremy Kenney to withdraw his guilty plea and for a hearing on his claim that the Government improperly limited the issues to be considered on his appeal from his conditional plea of guilty. The Government responded with correspondence from Mr. Kenney and his counsel, reflecting Mr. Kenney's demand that his appeal be voluntarily dismissed. Counsel states he advised Mr. Kenney that dismissal was against his interest, but Mr. Kenney insisted, nonetheless. The correspondence never mentions any breach on the part of the Government. It only says the appeal is proceeding in full view, and Mr. Kenney wants the entire record sealed.

Defendant having failed to demonstrate any basis for withdrawal of his guilty plea, **IT IS ORDERED** that Jeremy Kenney's motion to withdraw his plea [DE 138] is **DENIED**.

This October 16, 2013.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**